6/21/2022
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VAM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ALEXIS MICHELE SOSA,<br>　aka "Alexis Michele Jimenez,"<br>　　and<br>JULIAN COBOS BARRERA,<br>　aka "Julian Cobos,"<br><br>　　　　　Defendants. | CR 2:22-cr-00263-MEMF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1029(a)(3): Possession of Fifteen or More Unauthorized Access Devices; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. § 1708: Possession of Stolen Mail] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1029(a)(3)]

[DEFENDANT SOSA]

On or about March 25, 2020, in Los Angeles County, within the Central District of California, defendant ALEXIS MICHELE SOSA, also known as "Alexis Michele Jimenez," knowingly and with intent to defraud, possessed at least fifteen unauthorized access devices (as defined in Title 18, United States Code, Section 1029(e)(1) and (3)), namely, approximately 19 social security numbers, all belonging to

persons other than defendant SOSA, with said possession affecting interstate and foreign commerce.

COUNT TWO

[18 U.S.C. § 1028A(a)(1)]

[DEFENDANT SOSA]

On or about March 25, 2020, in Los Angeles County, within the Central District of California, defendant ALEXIS MICHELE SOSA, also known as "Alexis Michele Jimenez," knowingly possessed, without lawful authority, a means of identification that defendant SOSA knew belonged to another person, namely, the name of victim W.Y., during and in relation to the offense of Possession of Fifteen or More Unauthorized Access Devices, a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged in Count One of this Indictment.

COUNT THREE

[18 U.S.C. § 1708]

[DEFENDANT SOSA]

On or about March 25, 2020, in Los Angeles County, within the Central District of California, defendant ALEXIS MICHELE SOSA, also known as "Alexis Michele Jimenez," unlawfully possessed mail and mail matter that had been stolen and taken from the United States mail, namely, approximately 39 pieces of mail and mail matter addressed to various individuals within Los Angeles County and elsewhere, and at that time and place, defendant SOSA knew that said mail and mail matter were stolen.

COUNT FOUR

[18 U.S.C. § 1708]

[DEFENDANT BARRERA]

On or about March 25, 2020, in Los Angeles County, within the Central District of California, defendant JULIAN COBOS BARRERA, also known as "Julian Cobos," unlawfully possessed mail and mail matter that had been stolen and taken from the United States mail, namely, approximately 51 pieces of mail and mail matter addressed to various individuals within Los Angeles County and elsewhere, and at that time and place, defendant BARRERA knew that said mail and mail matter were stolen.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

PATRICK CASTAÑEDA
Assistant United States Attorney
International Narcotics, Money Laundering, & Racketeering Section